**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RONALD KRNAICH,        : No. 452 WAL 2014
       :
       Petitioner        :
       : Petition for Allowance of Appeal from the
       : Order of the Commonwealth Court
       v.        :
       :
       :
       :
WORKERS' COMPENSATION APPEAL    :
BOARD (ALLEGHENY LUDLUM CORP.), :
       :
       Respondents        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.